

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2015

No. 04-15-00487-CV

**CONOCOPHILLIPS COMPANY**, and Rodolfo C. Ramirez, Individually and as the Independent Administrator of the Estate of Ileana Ramirez, and El Milagro Minerals, Ltd., Appellants

v.

Leon Oscar **RAMIREZ**, Jr., Individually, and Jesus M. Dominguez, as Guardian for Minerva Clementina Ramirez, an incapacitated person, Individually, Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,637
The Honorable Jose A. Lopez, Judge Presiding

# O R D E R

ConocoPhillips Company, defendant in the trial court, filed a notice of appeal on June 8, 2015. Leon Oscar Ramirez, Jr., Individually, and Jesus M. Dominguez, as Guardian for Minerva Clementina Ramirez, an incapacitated person, Individually, filed a notice of a cross-appeal on June 11, 2015. Other defendants in the trial court, Rodolfo C. Ramirez, Individually and as the Independent Administrator of the Estate of Ileana Ramirez, and El Milagro Minerals, Ltd., also filed a notice of appeal on July 29, 2015.

ConocoPhillips filed a Notice of Bankruptcy stating that on October 26, 2015, while this appeal was pending, Leon Oscar Ramirez, Jr., Appellee and Cross-Appellant in this appeal, filed a petition in bankruptcy, in Case Number 15-50164, in the United States Bankruptcy Court for the Southern District of Texas, Laredo, styled *In re Leon Oscar Ramirez, Jr.*

We **order** the appeal abated and removed from the court's active docket. *See* TEX. R. APP. P. 8.2. The appeal will be reinstated only upon proper motion and proof. *See* TEX. R. APP. P. 8.3; 4th TEX. APP. (SAN ANTONIO) LOC. R. 4. All motions and other documents pending or filed are abated subject to being reurged in the event the case is reinstated.

We further order the clerk of this court to send copies of this order to the clerk of the trial court, the court reporter, and the attorneys of record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court